UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOHNNIE L. ABNER, | ) | No. CV 07-05389-SJO (VBK) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

Having granted Defendant's Motion for Remand pursuant to 42 U.S.C. §405(g), it is adjudged that this matter will be remanded pursuant to Sentence Four of 42 U.S.C. §405(g) for further administrative proceedings consistent with the issues raised in Defendant's Memorandum in Support of Defendant's Motion for Remand.

**IT IS SO ORDERED.**

DATED: April 18, 2008            /s/
                                 VICTOR B. KENTON
                                 UNITED STATES MAGISTRATE JUDGE